| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| ROBERT V. PRONGAY (#270796) |
| GLANCY PRONGAY & MURRAY LLP |
| 1925 Century Park East, Suite 2100 |
| Los Angeles, California 90067 |
| Telephone: (310) 201-9150 |
| Facsimile: (310) 201-9160 |
| Email: rprongay@glancylaw.com |

ATTORNEY(S) FOR:  Plaintiff Charles Blackburn

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHARLES BLACKBURN,

Plaintiff(s),

v.

MAURICE J. GALLAGHER, JR., et al.,

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Charles Blackburn_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Charles Blackburn | Plaintiff |
| GLANCY PRONGAY & MURRAY LLP | Counsel for Plaintiff |
| MAURICE J. GALLAGHER, JR., MONTIE R. BREWER, GARY ELLMER, LINDA A. MARVIN, CHARLES W. POLLARD, JOHN REDMOND, and ALLEGIANT TRAVEL COMPANY | Defendants |

July 20, 2018
Date

s/ Robert V. Prongay
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Charles Blackburn