# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Blackburn<br><br>v.<br><br>Maurice J. Gallagher, Jr. et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:18-cv-06296 GW(SSx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |

**TRANSFER ORDER DECLINED**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

_____          _____
Date                                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Different parties; different legal theories; no substantial duplication of efforts if heard by a different Judge.

July 24, 2018                                   John F. Walter  /s/ John F. Walter
Date                                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:18-cv-03417 JFW(ASx)   and the present case:

- [x] A.   Arise from the same or closely related transactions, happenings or events; or
- [x] B.   Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc:  [ ] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (10/16)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05  (Related Cases)