Benjamin I. Sachs-Michaels
Glancy Prongay & Murray LLP
712 Fifth Avenue, 31st Floor
New York, NY 10019

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKBURN,<br><br>                              v.      Plaintiff(s)<br><br>MAURICE J. GALLAGHER, JR., et al.<br><br>                                        Defendant(s). | CASE NUMBER<br><br>2:18-CV-06296-GW-SS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Sachs-Michaels, Benjamin I
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-935-7400       212-753-3630
*Telephone Number*   *Fax Number*

bsachsmichaels@glancylaw.com
*E-Mail Address*

of

Glancy Prongay & Murray LLP
712 Fifth Avenue, 31st Floor
New York, NY 10019
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

CHARLES BLACKBURN

*Name(s) of Party(ies) Represented*      ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

and designating as Local Counsel

Portnoy, Lesley F.
*Designee's Name (Last Name, First Name & Middle Initial)*

304851        310-201-9150    310-201-9150
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

lportnoy@glancylaw.com
*E-Mail Address*

of

Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                                                            U.S. District Judge/U.S. Magistrate Judge