Benjamin I. Sachs-Michaels
Glancy Prongay & Murray LLP
712 Fifth Avenue, 31st Floor
New York, NY 10019

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHARLES BLACKBURN, | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | CV 18-6296-GW(SSx) |
| MAURICE J. GALLAGHER, JR., et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sachs-Michaels, Benjamin I
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-935-7400    212-753-3630
*Telephone Number    Fax Number*

bsachsmichaels@glancylaw.com
*E-Mail Address*

Glancy Prongay & Murray LLP
712 Fifth Avenue, 31st Floor
New York, NY 10019
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

CHARLES BLACKBURN

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Portnoy, Lesley F.
*Designee's Name (Last Name, First Name & Middle Initial)*

304851    (310) 201-9150    (310) 201-9160
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

lportnoy@glancylaw.com
*E-Mail Address*

Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: August 3, 2018**

*/s/ George H. Wu*
**GEORGE H. WU, U.S. District Judge**