Daniel J. Tyukody, Esq. (SBN 123323)
**GREENBERG TRAURIG LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7723/Facsimile: 310.586.7800
Email: tyukodyd@gtlaw.com
*Counsel for Defendants*

Robert V. Prongay (SBN 2070796)
Lesley F. Portnoy (SBN 304851)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310.201.9150/Facsimile: 310.201.9160
Email: rprongay@glancylaw.com

Benjamin I. Sachs-Michaels
**GLANCY PRONGAY & MURRAY LLP**
712 Fifth Ave.
New York, NY 10019 / Telephone:   212.935.7400
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKBURN, Derivatively on Behalf of Nominal Defendant ALLEGIANT TRAVEL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE J. GALLAGHER, JR., MONTIE R. BREWER, GARY ELLMER, LINDA A. MARVIN, CHARLES W. POLLARD, and JOHN REDMOND,<br><br>Defendants.<br><br>and<br><br>ALLEGIANT TRAVEL COMPANY,<br><br>Nominal Defendant. | Case No: 2:18-cv-06296 GW(SSx)<br><br>**JOINT STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |

Plaintiff Charles Blackburn ("Plaintiff"), derivatively and on behalf of Nominal Defendant Allegiant Travel Company ("Allegiant"); Defendants Maurice J. Gallagher, Jr., Montie R. Brewer, Gary Ellmer, Linda A. Marvin, Charles W. Pollard, and John Redmond (collectively, the "Defendants"), and Nominal Defendant Allegiant Travel Company (with Plaintiff and Defendants, the "Parties"), by and through their respective counsel, hereby submit this Joint Stipulation to Transfer Venue to the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1404(a).

WHEREAS, on July 20, 2018, Plaintiff filed a complaint (the "Complaint") in the United States District Court for the Central District of California (the "Central District"), captioned *Blackburn v. Gallagher, et al.*, Case No. 2:18-cv-06296-GW(SSx), to initiate a shareholder derivative action (the "Derivative Action") alleging violations of Defendants' fiduciary duties as members of Allegiant's Board of Directors;

WHEREAS, for the convenience of the parties and witnesses and the interests of justice, 28 U.S.C. § 1404(a) permits a court to transfer any action to any other district where the action might have been brought or to which all parties have consented;

WHEREAS, on April 24, 2018, Daniel Checkman filed a complaint against Allegiant, Maurice J. Gallagher, Jr., and others (the "Securities Action") in the Central District, captioned *Checkman v. Allegiant Travel Co.*, et al., Case No. 2:18-cv-03417-JFW-AS, alleging violations of Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934 in connection with the defendants' statements concerning Allegiant's alleged safety practices, which alleged conduct is factually and legally related to the allegations in the Derivative Action;

WHEREAS, on September 11, 2018, the Honorable John Walter of the Central District issued an Order in the Securities Action granting the parties' Joint Stipulation to Transfer Venue to the District Court of Nevada, which is now pending before the Honorable Andrew P. Gordon in the United States District Court for the District of Nevada (the "District Court of Nevada") as Case No. 2:18-cv-01758;

///

WHEREAS, the Parties support transfer of the this Derivative Action from the Central District to the District of Nevada because (i) Allegiant is incorporated and has its principal place of business in Las Vegas, Nevada; (ii) Las Vegas is where many corporate decisions regarding Allegiant's operations are made, including those regarding its safety policies that are relevant to allegations in the Complaint; and (iii) Las Vegas is where the bulk of the pertinent documents and electronic evidence are stored, where three of the six Defendants reside, including the CEO, and where the majority of witnesses are likely to be located; and (iv) it is more convenient and economically efficient for the Derivative Action and the Securities Action to proceed in the same court;

WHEREAS, transfer is appropriate under 28 U.S.C. § 1404(a) because this action could have initially been brought in the District of Nevada;

WHEREAS, counsel for the Parties have met and conferred and agree that for the convenience of all parties and witnesses, and in the interests of justice, this action should be transferred to the District of Nevada pursuant to 28 U.S.C. § 1404(a);

WHEREAS, Defendants' have agreed to accept service of the Complaint and the Parties have agreed that the time for Defendants to respond to the Complaint will begin to run on the date that the District of Nevada accepts transfer of this Derivative Action;

WHEREAS, if the District of Nevada accepts transfer, the Parties intend to meet and confer upon an approach to Defendants' response to the Complaint, which could involve a stipulated stay of any response pending the outcome of the Securities Action, or the scheduling of a motion or other form of response from Defendants based upon a stipulated briefing schedule;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows: (1) the Parties request that the Court enter an Order transferring this action from the Central District to the District of Nevada, pursuant to 28 U.S.C. § 1404(a); and (2) the Parties shall bear their own respective costs and fees, including attorneys' fees, relating to the transfer.

///

**IT IS SO STIPULATED.**

Respectfully submitted this 8th day of October of 2018.

Dated: October 8, 2018              **GREENBERG TRAURIG LLP**

                                    By: */s/ Daniel J. Tyukody*
                                    Daniel J. Tyukody
                                    1840 Century Park East, Suite 1900
                                    Los Angeles, CA 90067
                                    Telephone: 310.586.7723
                                    *Counsel for Defendants*

Dated: October 8, 2018              **GLANCY PRONGAY & MURRAY LLP**

                                    By: */s/ Robert V. Prongay*
                                    Robert V. Prongay
                                    Lesley F. Portnoy
                                    1925 Century Park East, Suite 2100
                                    Los Angeles, CA 90067
                                    Telephone:  310.201.9150
                                    Facsimile:   310.201.9160

                                    Benjamin I. Sachs-Michaels
                                    712 Fifth Ave.
                                    New York, NY 10019
                                    Telephone:  212.935.7400
                                    *Counsel for Plaintiffs*

### ATTESTATION OF COUNSEL

I, Daniel J. Tyukody, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation to Transfer Venue to the United States District Court for the District of Nevada. Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that Robert V. Prongay, on whose behalf this filing is jointly submitted, has concurred in this filing.

                                    By: */s/ Daniel J. Tyukody*
                                    Daniel J. Tyukody

## CERTIFICATION OF SERVICE

    I, Daniel J. Tyukody, an attorney, hereby certify that on October 8, 2018, I caused a complete and accurate copy of the foregoing to be served via this Court's CM/ECF notification system, which will serve electronically to all participants in this case.

By: <em>/s/ Daniel J. Tyukody</em><br>Daniel J. Tyukody