Daniel J. Tyukody, Esq. (SBN 123323)
**GREENBERG TRAURIG LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7723
Facsimile: 310.586.7800
Email: tyukodyd@gtlaw.com
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKBURN, Derivatively on Behalf of Nominal Defendant ALLEGIANT TRAVEL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE J. GALLAGHER, JR., MONTIE R. BREWER, GARY ELLMER, LINDA A. MARVIN, CHARLES W. POLLARD, and JOHN REDMOND,<br><br>Defendants.<br><br>and<br><br>ALLEGIANT TRAVEL COMPANY,<br><br>Nominal Defendant. | Case No: 2:18-cv-06296 GW(SSx)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |


---

PLEASE TAKE NOTICE that Defendants Maurice J. Gallagher, Jr., Montie R. Brewer, Gary Ellmer, Linda A. Marvin, Charles W. Pollard, and John Redmond hereby lodge the concurrently-filed [Proposed] Order Granting the Joint Stipulation to Transfer Venue to the United States District Court for the District of Nevada.

Dated: October 10, 2018

**GREENBERG TRAURIG LLP**

By: /s/ *Daniel J. Tyukody*
Daniel J. Tyukody
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7723
*Counsel for Defendants*

## CERTIFICATION OF SERVICE

I, Daniel J. Tyukody, an attorney, hereby certify that on October 10, 2018, I caused a complete and accurate copy of the foregoing to be served via this Court's CM/ECF notification system, which will serve electronically to all participants in this case.

By: */s/ Daniel J. Tyukody*
Daniel J. Tyukody