1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLACKBURN, Derivatively on Behalf of Nominal Defendant ALLEGIANT TRAVEL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE J. GALLAGHER, JR., MONTIE R. BREWER, GARY ELLMER, LINDA A. MARVIN, CHARLES W. POLLARD, and JOHN REDMOND,<br><br>Defendants.<br><br>and<br><br>ALLEGIANT TRAVEL COMPANY,<br><br>Nominal Defendant. | Case No: 2:18-cv-06296 GW(SSx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |

The Court, having reviewed and considered the stipulated transfer of this action, does hereby order that this action be transferred from the United States District Court for the Central District of California to the United States District Court for the District of Nevada for the convenience of all parties and witnesses, and in the interests of justice, pursuant to 28 U.S.C. § 1404(a). Each party shall bear its own costs and fees, including attorneys' fees, relating to the transfer. The Court further orders the Clerk for the United States District Court for the Central District of California to forward all filings in this action to the Clerk for the United States District Court for the District of Nevada.

**IT IS SO ORDERED.**

DATED:_____

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE