# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:18−cv−06296−GW−SS

| | |
|---|---|
| Charles Blackburn v. Maurice J. Gallagher, Jr. et al | Date Filed: 07/20/2018 |
| Assigned to: Judge George H. Wu | Date Terminated: 10/10/2018 |
| Referred to: Magistrate Judge Suzanne H. Segal | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity − Stockholders Suits | Nature of Suit: 160 Stockholders Suits |
| | Jurisdiction: Diversity |

**Plaintiff**

**Charles Blackburn**  represented by  **Benjamin I Sachs−Michaels**
*Derivatively on Behalf of Nominal Defendant*  Gancy Prongay and Murray LLP
*Allegiant Travel Company*  712 Fifth Avenue 31st Floor
New York, NY 10019
212−935−7400
Fax: 212−753−3630
Email: bsachsmichaels@glancylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lesley F Portnoy**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310−201−9150
Fax: 310−201−9160
Email: LPortnoy@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Robert Vincent Prongay**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310−201−9150
Fax: 310−201−9160
Email: rprongay@glancylaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Maurice J. Gallagher, Jr.**

**Defendant**

**Montie R. Brewer**

**Defendant**

**Gary Ellmer**

**Defendant**

**Linda A. Marvin**

**Defendant**

**Charles W. Pollard**

**Defendant**

**John Redmond**

**Defendant**

| | | |
|---|---|---|
| **Allegiant Travel Company**<br>*Nominal Defendant* | represented by | **Daniel J Tyukody , Jr**<br>Greenberg Traurig LLP<br>1840 Century Park East Suite 1900<br>Los Angeles, CA 90067–2121<br>310–586–7700<br>Fax: 310–586–7800<br>Email: tyukodyd@gtlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2018 | Ï 1 | COMPLAINT Receipt No: 0973–22123190 – Fee: $400, filed by Plaintiff Charles Blackburn. (Attorney Robert Vincent Prongay added to party Charles Blackburn(pty:pla))(Prongay, Robert) (Entered: 07/20/2018) |
| 07/20/2018 | Ï 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Charles Blackburn. (Prongay, Robert) (Entered: 07/20/2018) |
| 07/20/2018 | Ï 3 | CIVIL COVER SHEET filed by Plaintiff Charles Blackburn. (Prongay, Robert) (Entered: 07/20/2018) |
| 07/20/2018 | Ï 4 | NOTICE of Interested Parties filed by Plaintiff Charles Blackburn, (Prongay, Robert) (Entered: 07/20/2018) |
| 07/23/2018 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge George H. Wu and Magistrate Judge Suzanne H. Segal. (esa) (Entered: 07/23/2018) |
| 07/23/2018 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (esa) (Entered: 07/23/2018) |
| 07/23/2018 | Ï 7 | 21 DAY Summons issued re Complaint 1 as to defendants Allegiant Travel Company, Montie R. Brewer, Gary Ellmer, Maurice J. Gallagher, Jr., Linda A. Marvin, Charles W. Pollard, John Redmond. (esa) (Entered: 07/23/2018) |
| 07/23/2018 | Ï 8 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Benjamin I Sachs–Michaels. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at |

| | | |
|---|---|---|
| | | cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (esa) (Entered: 07/23/2018) |
| 07/24/2018 | 9 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16–05 (Related Case) filed. Transfer of case declined by Judge John F. Walter, for the reasons set forth on this order. Related Case No. 2:18–cv–03417 JFW(ASx) (rn) (Entered: 07/25/2018) |
| 07/25/2018 | 10 | Standing Order Re Final Pre–Trial Conferences for Civil Jury Trials Before Judge George H. Wu by Judge George H. Wu. (See document for details) (mrgo) (Entered: 07/25/2018) |
| 08/02/2018 | 11 | APPLICATION of Non–Resident Attorney Benjamin I. Sachs–Michaels to Appear Pro Hac Vice on behalf of Plaintiff Charles Blackburn (Pro Hac Vice Fee – $400 Fee Paid, Receipt No. 0973–22192515) filed by Plaintiff Charles Blackburn. (Attachments: # 1 Proposed Order, # 2 Exhibit – Certificate of Good Standing) (Portnoy, Lesley) (Entered: 08/02/2018) |
| 08/03/2018 | 12 | ORDER ON APPLICATION OF NON–RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge George H. Wu: granting 11 Non–Resident Attorney Benjamin I Sachs–Michaels APPLICATION to Appear Pro Hac Vice on behalf of Charles Blackburn, designating Lesley F Portnoy as local counsel. (lom) (Entered: 08/03/2018) |
| 08/06/2018 | 13 | Notice of Electronic Filing re Order on Motion to Appear Pro Hac Vice, 12 e–mailed to Benjamin I Sachs–Michaels bounced due to clerical error. Primary e–mail address corrected. Notice of Electronic Filing resent addressed to bsachsmichaels@glancylaw.com. Pursuant to Local Rules it is the attorneys obligation to maintain all personal contact information including e–mail address in the CM/ECF system. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrey) TEXT ONLY ENTRY (Entered: 08/06/2018) |
| 10/08/2018 | 14 | Joint STIPULATION to Transfer Case to United States District Court for the District of Nevada filed by Defendant Allegiant Travel Company.(Attorney Daniel J Tyukody, Jr added to party Allegiant Travel Company(pty:dft))(Tyukody, Daniel) (Entered: 10/08/2018) |
| 10/10/2018 | 15 | NOTICE OF LODGING filed *[Proposed Order Granting Joint Stipulation to Transfer Venue to the United States District Court for the District of Nevada]* re Stipulation to Transfer Case 14 (Attachments: # 1 Proposed Order)(Tyukody, Daniel) (Entered: 10/10/2018) |
| 10/10/2018 | 16 | ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA by Judge George H. Wu, re Stipulation to Transfer Case 14 . (Case electronically transferred on 10/11/2018) (MD JS–6. Case Terminated.) (mrgo) (Entered: 10/11/2018) |