THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)

GLANCY PRONGAY and MURRAY LLP
Benjamin I Saches-Michaels, Esq.
712 Fifth Avenue, 31st Floor
New York, NY, 10019
212.935.7400
212.753.3630 (fax)
bsachsmichaels@glancylaw.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BLACKBURN, Derivatively on Behalf of Nominal Defendant ALLEGIANT TRAVEL COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MAURICE J. GALLAGHER, JR., MONTIE R. BREWER, LINDA A. MARVIN, CHARLES W. POLLARD, JOHN REDMOND,<br><br>Defendants.<br><br>and<br><br>ALLEGIANT TRAVEL COMPANY<br><br>Nominal Defendant/ | Case No. 2:18-CV-01975- APG-PAL |

**NOTICE OF APPEARANCE OF COUNSEL**

1

1  PLEASE TAKE NOTICE that David C. O'Mara, Esq. of The O'Mara Law Firm, P.C.
2  hereby enters his appearance as counsel of record for Plaintiffs in the above entitled matter.
3  DATED:  October 24, 2018     THE O'MARA LAW FIRM, P.C.
4
5                                                      /s/ David C. O'Mara
                                                    DAVID C. O'MARA, ESQ
6
                                                311 East Liberty St.
7                                               Reno, Nevada 89501
                                                775-323-1321
8                                               775-323-4082 (fax)
                                                *Counsel for Plaintiff*
9
                                                GLANCY PRONGAY and MURRAY LLP
10                                              Benjamin I Saches-Michaels, Esq.
                                                712 Fifth Avenue, 31st Floor
11                                              New York, NY, 10019
                                                212.935.7400
12                                              212.753.3630 (fax)
                                                bsachsmichaels@glancylaw.com
13                                              *Counsel for Plaintiff*

14                                              GLANCY PRONGAY and MURRAY LLP
                                                Robert Vincent Prongay. Esq.
15                                              Lesly F. Portnoy, Esq.
                                                1925 Century Park East Suite 2100
16                                              Los Angeles, CA 90067
                                                310.201.9150
17                                              310.201.9160 (fax)
                                                rprongay@glancylaw.com
18                                              lportnoy@glancylaw.com
                                                *Notice Only*
19
20
21
22
23
24
25
26
27
28
                                        2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of The O'Mara Law Firm, P.C., 311 E. Liberty Street, Reno, Nevada 89501, and on this date I served a true and correct copy of the foregoing document on all parties to this action by:

_____  Depositing in a sealed envelope, postage fully paid, certified mail, return receipt requested, placed for collection and mailing in the United States Mail, at Reno, Nevada, following ordinary business practices

\_\_X\_\_  Electronically through the Court's ECF system

_____  Via Email

addressed as follows:

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>Daniel J. Tyukody, Jr.<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121<br>310.586.7700<br>310.586.7800 (fax)<br>tyukodyd@gtlaw.com<br>*Counsel for Nominal Defendant* | GLANCY PRONGAY and MURRAY LLP<br>Benjamin I Saches-Michaels, Esq.<br>712 Fifth Avenue, 31st Floor<br>New York, NY, 10019<br>212.935.7400<br>212.753.3630 (fax)<br>bsachsmichaels@glancylaw.com |

DATED:  October 25, 2018                                    /s/ Bryan Snyder
                                                                               BRYAN SNYDER