**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case #  2:18 -cv-1975-APG-PAL

Charles Blackburn )
)
)
          Plaintiff(s), )
)
     vs. )
)
Maurice J. Gallagher, Jr. et al )
)
          Defendant(s). )
_____ )

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

          Benjamin I. Sachs-Michaels     , Petitioner, respectfully represents to the Court:
                    (name of petitioner)

1.     That Petitioner is an attorney at law and a member of the law firm of

                    Glancy Prongay & Murray LLP
                         (firm name)

with offices at _____ 712 Fifth Avenue, 31st Floor _____,
                              (street address)

____New York____, _____New York_____, ___10019___,
        (city)                    (state)                (zip code)

____212-935-7400____, ___bsachsmichaels@glancylaw.com___.
(area code + telephone number)              (Email address)

2.     That Petitioner has been retained personally or as a member of the law firm by

____Charles Blackburn____ to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____ April 3 02 012 _____, Petitioner has been and presently is a
                          (date)

member in good standing of the bar of the highest Court of the State of _____ New York _____
                                                                                    (state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Court of New York | April 30, 2012 | 5039581 |
| New York Appellate Division | April 30, 2012 | 5039581 |
| U.S.D.C. of the Southern District NY | July 10, 2012 | |
| U.S.D.C. of the Eastern District NY | July 10, 2012 | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

      None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
>
>      None

7.    That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
>
>      NewYork Bar Ass'n

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| March 27, 2015 | 3:15-cv-00185-LRH- | U.S.D.C. Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4   _____
    Petitioner's signature

    STATE OF _____New York_____  )
5                                   )
    COUNTY OF _____New York_____    )
6

7   Benjamin I. Sachs-Michaels, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9   _____
    Petitioner's signature

10  Subscribed and sworn to before me this

11  _25^th_ day of _October_ , _2018_ .

12

13  _____
    Notary Public or Clerk of Court

14

15  CRAIG LOWTHER
    NOTARY PUBLIC, STATE OF NEW YORK
    Registration No. 01LO6285548
    Qualified in New York County
    Commission Expires July 08, 2021

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
    **THE BAR OF THIS COURT AND CONSENT THERETO.**

17  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate _____David O'Mara_____ ,
                                                                              (name of local counsel)
19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____311 East Liberty Street_____ ,
                                  (street address)

24  _____Reno_____ , _____Nevada_____ , ____89501____ ,
            (city)                      (state)                 (zip code)

25

26  ____775-323-1321____ , ____david@omaralaw.net____ .
    (area code + telephone number)        (Email address)

27

28                                      4                                      Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ O'Mara Law Fi rmP.C. _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

*Charles R. Blackburn*
_____
(party's signature)

CHARLES R. BLACKBURN
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*David C OMara*
_____
Designated Resident Nevada Counsel's signature

8599                    david@omaralaw.net
_____
Bar number                Email address

**APPROVED:**

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# BENJAMIN ISAAC SACHS-MICHAELS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on April 30, 2012, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 2, 2018

4563

Clerk of the Court