# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARK FULLENKAMP, Derivatively on Behalf of ALLEGIANT TRAVEL CO., | Case No. 2:18-cv-1864-GMN-CWH |
| Plaintiff, | (ECF No. 7) |
| v. | |
| MAURICE J. GALLAGHER, JR., JOHN T. REDMOND, GREGORY ANDERSON, SCOTT SHELDON, ERIC GUST, CHARLES W. POLLARD, LINDA A. MARVIN, GARY E. ELLMER, and MONTIE R. BREWER, | **ORDER TO CONSOLIDATE** |
| Defendants, | |
| and | |
| ALLEGIANT TRAVEL COMPANY, | |
| Nominal Defendant. | |
| CHARLES BLACKBURN, Derivatively and on Behalf of ALLEGIAN TRAVEL COMPANY, | Case No. 2:18-cv-1975-APG-PAL |
| Plaintiff, | (ECF No. 23) |
| v. | |
| MAURICE J. GALLAGHER, JR., MONTIE R. BREWER, GARY E. ELLMER, LINDA A. MARVIN, CHARLES W. POLLARD, and JOHN T. REDMOND, | |
| Defendants, | |
| and | |
| ALLEGIANT TRAVEL COMPANY, | |
| Nominal Defendant. | |

The parties stipulate to consolidate these cases. The affected judges agree that judicial efficiency will be best served if the two matters are consolidated.

IT IS HEREBY ORDERED that the stipulation to consolidate cases filed in Case No. 2:18-cv-1864-GMN-CWH **(ECF No. 7) is GRANTED**.

IT IS FURTHER ORDERED that the Stipulation to consolidate cases filed in Case No. 18-cv-1975-APG-PAL **(ECF No. 23) is GRANTED**.  Case No. 18-cv-1975-APG-PAL is reassigned to Chief Judge Gloria Navarro for all further proceedings.

IT IS FURTHER ORDERED that Case No18-cv-1975-APG-PAL shall be consolidated into Case No. 2:18-cv-1864-GMN-CWH. All future filings shall be filed in Case No2:18-cv-1864-GMN-CWH, and shall bear the consolidated case caption.

Dated:  December  8, 2018.


_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE


_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE